THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Timothy Wilson, Appellant.
 
 
 
 
 

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2010-UP-472
 Submitted October 1, 2010  Filed October
28, 2010

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Donald V. Meyers, of
 Lexington, for Respondent.
 
 
 

PER CURIAM:  Timothy
 Wilson appeals his convictions for lewd act on a minor and four counts of
 first-degree criminal sexual conduct with a minor.  He argues the trial court
 erred in allowing the State to cross-examine the victim's mother concerning
 allegations of sexual abuse in an unrelated matter.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.